UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-01372 |
| CHERYL A. BANCROFT | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Susan Pierson Sonderby |
| | ) | |
| Debtor(s) | ) | |

FINAL ORDER AUTHORIZING
USE OF CASH COLLATERAL AND
GRANTING RELATED RELIEF

THIS MATTER COMING TO BE HEARD upon the Motion of CHERYL A. BANCROFT, Debtor and Debtor in Possession herein, for authority to use cash collateral pursuant to Sections 361 and 363 of the Bankruptcy Code (the "Motion"); proper notice as required by Rule 4001(b) of the Federal Rules of Bankruptcy Procedure having been provided; this Court having determined that the Debtor's use of cash collateral to cover the expenditures set forth on Exhibit A to the Motion is necessary to avoid immediate and irreparable harm to the Debtor's estate; this Court having previously entered an Interim Order Authorizing Use of Cash Collateral; and this Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

A) The Debtor is authorized to use cash collateral relating to the property commonly known as 160 East Illinois, Unit 2305, Chicago, Illinois ("Avenue East Condo") and the mortgage liens of Bank of America to the extent set forth on Exhibit A until further Order of this Court; and

B) In return for the Debtor's interim use of cash collateral with respect to the East Avenue Condo, Bank of America is granted the following adequate protection for its purported secured interests:

    1. The Debtor will permit Bank of America to inspect, upon reasonable notice, within reasonable hours, the Debtor's books and records;

    2. The Debtor shall maintain and pay premiums for insurance to cover the Avenue East Condo from fire, theft and water damage;

    3. The Debtor shall, upon reasonable request, make available to Bank of America evidence of that which constitutes its collateral or proceeds; and

    4. The Debtor will properly maintain the Avenue East Condo in good repair and properly manage such property.

Enter:

Honorable Susan Pierson Sonderby
United States Bankruptcy Judge

Dated: 3.17.11

**Prepared by counsel of Movant:**

DAVID K. WELCH, ESQ.
(Atty. No. 06183621)
ARTHUR G. SIMON, ESQ.
(Atty. No. 03124481)
JEFFREY C. DAN, ESQ.
(Atty. No. 06242750)
CRANE, HEYMAN, SIMON,
WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777

Rev: 20101008_bko

# Exhibit A

# Avenue East Condominium

## Unit 2305

| | | |
|---|---|---|
| Monthly Income: | $5,750.00 | |
| Expenses: | | |
| Gas | $0.00 | Paid By Tenant |
| Electric | $0.00 | Paid By Tenant |
| Water | $0.00 | Paid By Tenant |
| Insurance | $56.08 | |
| R/E Taxes | $1,516.00 | |
| Maintenance | $1,655.57 | |
| Total Expenses | $3,227.65 | |
| Net | $2,522.35 | |