IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHERYL A. BANCROFT, | ) | Case No. 11-01372 |
| | ) | Judge Susan Pierson Sonderby |
| Debtor/Debtor-in-Possession. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on 25th day of April, 2012 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Susan P. Sonderby, Bankruptcy Judge, in the room usually occupied by her as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties with an asterisk (*) on the 28th day of March, 2012 and a copy of the Notice regarding the fee hearing was served upon all parties on the attached service list, on the 28th day of March, 2012.

/s/David K. Welch

## SERVICE LIST

United States Trustee*
Dirksen Federal Court House
219 South Dearborn Street
Suite 873
Chicago, IL 60604

Dean R. Prober, Esq. *
Prober & Raphael
A Law Corporation
200750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

David K. Kane *
Meltzer Purtill & Stelle LLC
300 S. Wacker Drive., #3500
Chicago, IL 60606

BAC Home Loans Servicing, L.P.
c/o Jeanne Morton, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

**American Express**
Box 0001
Los Angeles, CA 90096-8000

**American Express/Macys**
PO Box 183083
Columbus, OH 43218-0383

**Ascension Capital Group Inc**
PO Box 201347
Arlington, TX 76006

**Ascension Capital Group Inc**
PO Box 201347
Arlington, TX 76006

**Avenue East Condo Assoc.**
PO Box 5975
Carol Stream, IL 60197-5975

**BAC Home Loans Servicing**
20750 Ventura Blvd suite 100
Woodland Hills, CA 91364

**BAC Home Loans Servicing LP**
PO Box 650225
Dallas, TX 75265-0225

**BAC Home Loans Servicing, L.P.**
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076

**BAC Home Loans Servicing, LP**
BK Dept - Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA 93065

**Bank of America**
Home Loans
PO Box 5170
Simi Valley, CA 93062-5170

**Brick Venture**
c/o Broadacre Management Co.
505 E. Illinois, Suite One
Chicago, IL 60611

**C.B. Richard Ellis Real Estate**
303 W. Madison, Suite 1350
Chicago, IL 60606

**Citi Platinum**
Box 6000
The Lakes, NV 89163-6000

**Cook County Treasurer**
PO Box 4488
Carol Stream, IL 60197

**David J. Rickert, CPA**
Kane CountyTreasurer
719 South Batavia Ave.
Geneva, IL 60134

**Department Stores National Bank/Bloomingdales**
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

**EMC Mortgage Corporation**
Customer Service
PO Box 293150
Lewisville, TX 75029-3150

**Herbert P. Emmerman**
24 Longmeadow Road
Winnetka, IL 60093

**J. Bradtke Antique Movers**
4515 N. Kedzie Avenue
Chicago, IL 60625

**John & Donna Przybla**
160 E. Illinois, #2305
Chicago, IL 60611

**John & Noreen O'Connor**
36 W 948 Walnut Ridge
Saint Charles, IL 60174

**Martin County Tax Assessor**
Ruth Pietruszewski
3485 SE Willoughby Blvd.
Stuart, FL 34994

**Matthew & Celina Wollak**
838 Stuarts Drive
Saint Charles, IL 60174

**McCalla Raymer LLC**
1544 Old Alabama Rd
Roswell, Georgia 30076

**Mercedes-Benz Credit Corporation**
c/o Shermeta, Adams & Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

**Mercedes-Benz Financial**
PO Box 9001680
Louisville, KY 40290-1680

**Mileage Plus United**
Cardmemeber Service
PO Box 15153
Wilmington, DE 19886-5153

**Nordstrom**
PO Box 79137
Phoenix, AZ 85062-9137

**Ocean East Club Resort**
867 S. Atlantic Ave.
Ormond Beach, FL 32176-7816

**Palm Cove Golf & Yacht Club**
c/o Gulfstream Business Bank
PO Box 3267
Stuart, FL 34995-3267

**Palm Cove Marina**
c/o City National Bank
PO Box 19313
Miami, FL 33101-9313

**SFG Commercial Leasing Inc.**
600 First Source Bank Center
100 North Michigan
South Bend, IN 46601

**Stephen W. Bancroft**
36 W 827 Whispering Trail
St. Charles, IL 60175

**Stuart's Crossing Condo Assn**
c/o Mc Property Management Corp.
14224 McCarthy Road
Lemont, IL 60439

**The Private Bank**
120 S. LaSalle St.
Chicago, IL 60603

**The Private Bank**
24 S. Second St.
Saint Charles, IL 60174

**The Private Bank & Trust Co.**
70 West Madison St., Suite 200
Attn: Loan Operations
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CHERYL A. BANCROFT, | Case No. 11-01372 |
| Debtor/Debtor-in-Possession. | Judge Susan Pierson Sonderby |

**NOTICE OF HEARING ON MOTION FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on January 14, 2011, the Debtor, CHERYL A. BANCROFT ("Debtor"), filed her voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, whereby this Chapter 11 bankruptcy case commenced under the above case number, and that on February 8, 2011 the Court entered an Order authorizing the Debtor to retain Crane, Heyman, Simon, Welch & Clar as his Counsel for this Chapter 11 case.

PLEASE TAKE FURTHER NOTICE that on March 28, 2012, Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, filed a Motion for Allowance of Final Compensation and Reimbursement of Expenses (the "CHSWC Motion"), thereby requesting the sum of $60,996.50 for legal services rendered to the Debtor for the period commencing September 28, 2010 through and including February 29, 2012, plus costs advanced for the same period in the sum of $2,068.73.

PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC Motion, be and they are hereby directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **20th** day of **April, 2012**, with a copy of said objection(s) to be simultaneously served upon the law firm of Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC Motion, together with objections timely filed, if any, will be held before the Honorable Susan Pierson Sonderby, Bankruptcy Judge, Courtroom No. 642, 219 South Dearborn Street, Chicago, Illinois, on the **25th day of April, 2012**, at the hour of **10:00 a.m.**, at which time and place you may appear if you so see fit.

**DEBTOR'S COUNSEL:**
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Scott R. Clar, Esq. (Atty. No. 06183741)
Jeffrey C. Dan, Esq. (Atty. No. 06242750)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
W:\GRACE\Bancroft\fee.CHSWC.notice.Final.wpd

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )    Chapter 11
                                                )
CHERYL A. BANCROFT,                             )    Case No. 11-01372
                                                )    Judge Susan Pierson Sonderby
       Debtor/Debtor-in-Possession.             )

**COVER SHEET FOR FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtors' Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment:   <u>February 8, 2011 (retroactive to January 14, 2011)</u>

Period for Which Compensation
is Sought:   From: <u>September 28, 2010</u>   through <u>February 29, 2012</u>

Amount of Fees Sought: <u>$60,996.50</u>

Amount of Expense
Reimbursement Sought: <u>$2,068.73</u>

This is a(n):  Interim Application  __    Final Application <u>X</u>
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
|  | None |  |  |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $40,000.00 (retainer) to be credited against final allowance.

Date: <u>March 28, 2012</u>          Applicant:    David K. Welch and the firm
                                                  <u>Crane, Heyman, Simon, Welch & Clar</u>

                                                  By:  <u>/s/David K. Welch</u>
                                                        Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Chapter 11
)
CHERYL A. BANCROFT, ) Case No. 11-01372
) Judge Susan Pierson Sonderby
Debtor/Debtor-in-Possession. )

### MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

DAVID K. WELCH and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR ("CHSWC"), Counsel to CHERYL A. BANCROFT, Debtor herein, make their Motion pursuant to Section 330 of the Bankruptcy Code for Allowance of Final Compensation and Reimbursement of Expenses for legal services rendered and expenses incurred during the period September 28, 2010 through February 29, 2012;[1] and in support thereof, state as follows:

### Introduction

1. On January 14, 2011, the Debtor filed her voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. No trustee, examiner or committee of unsecured creditors was appointed to serve in this Chapter 11 case.

3. On February 27, 2012, this Court entered an Order confirming the Debtor's Plan of Reorganization ("Plan").

4. On February 2, 2011, this Court entered an Order authorizing the Debtor to retain CHSWC as Counsel in this Chapter 11 case retroactive to January 14, 2011 with compensation subject to the further Order of this Court.

---

[1] The Debtor originally intended to file her Chapter 11 case in October 2010. However, based upon several issues relating to her real estate interests, the Debtor had several delays in filing her Chapter 11 case. CHSWC was representing the Debtor with respect to these issues and has included their legal services from September 28, 2010, in this Motion.

-1-

5.      By this Motion, CHSWC requests allowance of final compensation and reimbursement of expenses in the amounts of $60,996.50 and $2,068.73, respectively, for legal services rendered to the Debtors during the period September 28, 2010, through February 29, 2012. Itemizations of the legal services rendered and expenses incurred during the relevant period are attached to this Motion as **Exhibits A and B**, respectively.

6.      CHSWC has received no prior allowance of interim compensation and expenses in this Chapter 11 case. The pre-petition retainer of $40,00.00 received by CHSWC will be applied to any final compensation and reimbursement of expenses awarded by this Court to CHSWC.

7.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within th meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

8.      The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code and Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

9.      The Debtor is an owner of Equity Marketing Services, Inc.("EMS") as well as an owner of certain real estate, some of which constitute income producing properties.

10.     As of the Petition Date, the Debtor jointly owned the property commonly known as 36 W 827 Whispering Trail, St. Charles, Illinois ("Whispering Trail Property") with her husband, Stephen A. Bancroft, a non-debtor ("Stephen"). The Debtor and Stephen maintain the Whispering Trail Property as their primary residence. Furthermore, Stephen owns the property commonly known as 36 W 948 Walnut Ridge, St. Charles, Illinois ("Walnut Ridge Property"). Finally, Bancroft Group LP ("BGLP") owns the property commonly known as 838 Stuarts Drive, St. Charles, Illinois ("Stuarts Crossing Property"). The Debtor and Stephen are the owners of BGLP.

11. EMS is a sales and marketing firm specializing in multi-family housing whose services typically commence with design development and continue through the point of sale of all units. EMS has operated projects in twelve (12) states for developers, owners, insurance companies and banks as well as properties directly owned by EMS.

12. This Court has entered a series of consensual Orders authorizing the Debtor's use of cash that serves as collateral to Bank of America and Private Bank.

13. The success of this Chapter 11 case was primarily predicated upon the Debtor's settlement with Private Bank which was approved by this Court. With this settlement, the Debtor was able to proceed to confirmation of the Plan.

**Final Compensation
and Expenses Requested**

14. CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, reorganization and insolvency. CHSWC is comprised of six (6) members and one associate, some of whom have participated in representing the Debtor in this bankruptcy case.

15. The following is biographical information pertaining to those attorneys who have been primarily involved in the representation of the Debtors. Other attorneys at CHSWC have also participated to a lesser extent in this Chapter 11 case. Each such attorney has significant experience and expertise in bankruptcy, reorganization and litigation matters.

16. DAVID K. WELCH is a member of the law firm and has been practicing law in the State of Illinois since 1982. His practice has always been primarily concentrated in the fields of bankruptcy, insolvency and debtor's and creditor's rights. He has represented debtors, trustees, creditors' committees, secured creditors, unsecured creditors and equity holders. From October, 1979, through June, 1982, he served as Deputy Chapter 13 Trustee in the Northern District of Illinois under Craig Phelps, Chapter

13 Trustee. He has authored manuscripts for the Illinois Institute of Continuing Legal Education on matters involving bankruptcy and insolvency. He has lectured at seminars relating to bankruptcy issues at the Chicago Bar Association. He has served as a member of the Bankruptcy Mediation Panel Sub-Committee of the Chicago Bar Association. Furthermore, in conjunction with his financial mediation and negotiation training, he has completed a course sponsored by the National Institute for Trial Advocacy in conjunction with Northwestern University. He is a member of the Federal Trial Bar and is admitted to practice before the United States Courts of Appeals for the Seventh and Third Circuits, and before the United States District Courts for the Northern and Central Districts of Illinois, the Northern District of Indiana and the Eastern District of Wisconsin. He is a member of several other bar associations and legal organizations. He was formerly a member of the Standing Committee of the Illinois State Bar Association on Liaison with the Attorney Registration and Disciplinary Commission. Mr. Welch is the former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization, is a former member of the Advisory Board of the American Bankruptcy Institute, and is the former Vice Chair of the Bankruptcy Court Liaison Committee.

17. ARTHUR G. SIMON is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been practicing law since 1979 when he graduated from the Loyola University of Chicago, School of Law. Mr. Simon has been admitted to practice law in the state courts of Illinois, in the United States Court of Appeals for the Seventh Circuit, and in the United States District Courts for the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana. He is a member of the Federal Trial Bar.

Beginning in 1981, he became engaged almost exclusively in the practice of bankruptcy and insolvency litigation and has represented virtually every type of party in such matters, including Chapter 7 and Chapter 11 debtors, secured creditors, landlords,

-4-

trustees, and creditors' committees. His activities have included membership in the Chicago Bar Association Committee on Bankruptcy and Reorganization. He has served as the Editor of the Advance Sheets provided by said Committee. In that capacity, he reported the rulings and opinions of the Bankruptcy Judges in the Northern District of Illinois to the Bankruptcy Committee members of the Chicago Bar Association. He served for several years on the Commercial, Banking and Bankruptcy Section Council of the Illinois State Bar Association for whom he has published several articles, and also served on the General Assembly of that Association.

18. JEFFREY C. DAN is a member of CHSWC and has been practicing law in the State of Illinois since 1997. He graduated from DePaul University School of Law. He has practiced as a trial attorney in a number of areas of the law including personal injury, domestic relations, criminal law and commercial litigation. Mr. Dan joined the firm in September of 2002 and has been actively involved in all aspects of bankruptcy and bankruptcy litigation as well as State Court litigation that arises in insolvency matters. He has served as a member of the Illinois State Bar Association, Commercial Banking and Bankruptcy Law Section Council. Mr. Dan is a member of the Federal Trial Bar and is admitted to practice before the United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Third Circuit. He is also admitted to practice before the United States District Courts for the Northern District of Illinois, Northern District of Indiana, Central District of Illinois and Eastern District of Wisconsin.

19. The hourly rates usually charged by CHSWC in matters of this nature are as follows:

| Attorney | 2012 Hourly Rates |
|---|---|
| Eugene Crane (EC)[2] | $490.00 |
| Glenn R. Heyman (GRH) | $490.00 |
| Arthur G. Simon (AGS) | $470.00 |

---

[2] These are the abbreviations utilized in the Exhibits to this Motion.

-5-

| | |
|---|---|
| David K. Welch (DKW) | $470.00 |
| Scott R. Clar (SRC) | $470.00 |
| Jeffrey C. Dan (JCD) | $395.00 |
| John H. Redfield (JHR) | $370.00 |

20. The following is a chart that depicts the total hours that each attorney at CHSWC expended in representing the Debtors during the relevant period:

| **Attorney** | **Hours** | **Amount** |
|---|---|---|
| Arthur G. Simon | 13.10 | $ 5,901.00 |
| David K. Welch | 109.10 | $51,277.00 |
| Jeffrey C. Dan | 8.60 | $ 3,374.50 |
| John H. Redfield | 1.20 | $    444.00 |
| **Total** | **132.00** | **$60,996.50** |

21. During the course of the representation of the Debtors during the relevant period, CHSWC incurred expenses of $2,068.73. These expenses are itemized on **Exhibit B** to this Motion.

**Legal Services Rendered to the Debtor**

22. The representation of the Debtor is categorized in this Motion as follows:

A. **General Administration**

> The matters in this category include assisting the Debtor with the general administration of this bankruptcy case and the Debtor's business operations and financial affairs, filing routine motions and filing professionals' fee applications and retention motions. Also included in this category are legal services related to assisting the Debtor with the monthly operating reports and responding to general creditor inquiries.

| **Total Time Expended** | | **18.50 hours** |
|---|---|---|
| **Attorney** | **Hours** | **Amount** |
| Arthur G. Simon (AGS) | .30 | $   141.00 |
| David K. Welch (DKW) | 12.00 | $5,640.00 |
| Jeffrey C. Dan (JCD) | 6.20 | $2,449.00 |
| **Total** | **18.50** | **$8,230.00** |

Attached to this Motion as **Exhibit C** is an itemization of the legal services rendered in this category.

-6-

B.  **Chapter 11 Filing Issues**

Several issues arose during the preparation of this Chapter 11 case that delayed the filing of the case. Most of these issues primarily related to the various properties in which the Debtor has an interest. CHSWC assisted the Debtor in resolving these issues in order that this Chapter 11 case could eventually be commenced.

| **Total Time Expended** | | **19.90 hours** |
|---|---|---|
| Attorney | Hours | Amount |
| David K. Welch (DKW) | 19.90 | $9,353.00 |
| **TOTAL** | **19.90** | **$9,353.00** |

Attached to this Motion as **Exhibit D** is an itemization of the legal services rendered in this category.

C.  **Private Bank Issues**

The key to implementing an exit strategy from this Chapter 11 case was the resolution of the issues involving Private Bank and the properties against which Private Bank had mortgages. The Debtor and Private Bank reached a settlement of all issues between them. This settlement was approved by this Court and enabled the Debtor to proceed to confirm the Plan.

| **Total Time Expended** | | **28.50 hours** |
|---|---|---|
| Attorney | Hours | Amount |
| David K. Welch (DKW) | 27.30 | $12,831.00 |
| John H. Redfield (JHR) | 1.20 | $   444.00 |
| **TOTAL** | **28.50** | **$13,275.00** |

Attached to this Motion as **Exhibit E** is an itemization of the legal services rendered in this category.

D.  **Property Related Issues**

The initial key to these Chapter 11 cases was the Debtor's ability to obtain the right to use the cash collateral generated from the various real estate holdings. The Debtor, with the assistance of CHSWC, prepared cash flow projections for each income-producing property. These Cash Collateral Orders enabled the Debtor to maintain regular, uninterrupted business operations throughout this Chapter 11 case. CHSWC has also assisted the Debtor with other general issues related to her real estate interests. ChSWC also worked with numerous secured creditors regarding surrendering certain properties, resolving motions to modify stay and resolving claims issues.

-7-

**Total Time Expended**                                    **12.00   hours**

| Attorney | Hours | Amount |
|---|---|---|
| David K. Welch (DKW) | 10.50 | $4,935.00 |
| Jeffrey C. Dan (JCD) | 1.50 | $ 592.50 |
| **TOTAL** | **12.00** | **$5,527.50** |

Attached to this Motion **as Exhibit F** is an itemization of the legal services rendered in this category.

E.   **General Creditor Issues**

CHSWC assisted the Debtor with various issues and inquiries typically arising in a Chapter 11 case. CHSWC prepared and filed a motion to set a claims bar date. After this bar date expired, CHSWC and the Debtor analyzed the claims filed in this Chapter 11 case.

**Total Time Expended**                                    **6.80    hours**

| Attorney | Hours | Amount |
|---|---|---|
| David K. Welch (DKW) | 6.80 | $3,196.00 |
| **TOTAL** | **6.80** | **$3,196.00** |

Attached to this Motion as **Exhibit G** is an itemization of the legal services rendered in this category.

F.   **Chapter 11 Exit Strategy**

CHSWC advised the Debtor during this Chapter 11 Case concerning her options with respect to emerging from this Chapter 11 case. The Debtor filed, and this Court entered an order confirming, the Debtor's Plan of Reorganization on February 27, 2012, which provides for, among other things, payment of a meaningful dividend to the holders of the allowed claims.

**Total Time Expended**                                    **46.30   hours**

| Attorney | Hours | Amount |
|---|---|---|
| Arthur G. Simon (AGS) | 12.80 | $ 5,760.00 |
| David K. Welch (DKW) | 32.60 | $15,322.00 |
| Jeffrey C. Dan (JCD) | 0.90 | $ 333.00 |
| **TOTAL** | **46.30** | **$21,415.00** |

Attached to this Motion as **Exhibit H** is an itemization of the legal services rendered in this category.

-8-

**Conclusion**

23.  Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, nor agreed to share, any compensation received as a result of this case with any person, firm or entity. The sole and exclusive source of compensation shall be funds of the Debtors.

24.  CHSWC asserts that the compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered based upon the time, nature, extent and value of such professional services. CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

25.  CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

26.  CHSWC submits that the compensation and expenses requested are fair, reasonable and warranted under the circumstances.

WHEREFORE, DAVID K. WELCH and the law firm of CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel, request the entry of an Order allowing final compensation and reimbursement of expenses in the amounts of $60,996.50 and $2,068.73, respectively; and granting such other relief as may be just and appropriate.

Respectfully Submitted,

DAVID K. WELCH, and the law firm of
CRANE, HEYMAN, SIMON, WELCH & CLAR

By:  /s/David K. Welch

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\GRACE\Bancroft\Pay CHSWC Final.mot.wpd