IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHERYL A. BANCROFT, | ) | Case No. 11-01372 |
| | ) | Judge Susan Pierson Sonderby |
| Debtor/Debtor-in-Possession. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on 26th day of June, 2012 at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Timothy Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **MOTION FOR ENTRY OF FINAL DECREE**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/David K. Welch
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list on the 14th day of May, 2012.

/s/David K. Welch

## SERVICE LIST

United States Trustee
Dirksen Federal Court House
219 S. Dearborn St., Suite 873
Chicago, IL 60604

Dean R. Prober, Esq.
Prober & Raphael
A Law Corporation
200750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

David K. Kane
Meltzer Purtill & Stelle LLC
300 S. Wacker Drive., #3500
Chicago, IL 60606

BAC Home Loans Servicing, L.P.
c/o Jeanne Morton, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

**American Express**
Box 0001
Los Angeles, CA 90096-8000

**American Express/Macys**
PO Box 183083
Columbus, OH 43218-0383

**Ascension Capital Group Inc**
PO Box 201347
Arlington, TX 76006

**Ascension Capital Group Inc**
PO Box 201347
Arlington, TX 76006

**Avenue East Condo Assoc.**
PO Box 5975
Carol Stream, IL 60197-5975

**BAC Home Loans Servicing**
20750 Ventura Blvd suite 100
Woodland Hills, CA 91364

**BAC Home Loans Servicing LP**
PO Box 650225
Dallas, TX 75265-0225

**BAC Home Loans Servicing, L.P.**
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076

**BAC Home Loans Servicing, LP**
BK Dept - Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, CA 93065

**Bank of America**
Home Loans
PO Box 5170
Simi Valley, CA 93062-5170

**Brick Venture**
c/o Broadacre Management Co.
505 E. Illinois, Suite One
Chicago, IL 60611

**C.B. Richard Ellis Real Estate**
303 W. Madison, Suite 1350
Chicago, IL 60606

**Citi Platinum**
Box 6000
The Lakes, NV 89163-6000

**Cook County Treasurer**
PO Box 4488
Carol Stream, IL 60197

**David J. Rickert, CPA**
Kane CountyTreasurer
719 South Batavia Ave.
Geneva, IL 60134

**Department Stores National
Bank/Bloomingdales**
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

**EMC Mortgage Corporation**
Customer Service
PO Box 293150
Lewisville, TX 75029-3150

**Herbert P. Emmerman**
24 Longmeadow Road
Winnetka, IL 60093

**J. Bradtke Antique Movers**
4515 N. Kedzie Avenue
Chicago, IL 60625

**John & Donna Przybla**
160 E. Illinois, #2305
Chicago, IL 60611

**John & Noreen O'Connor**
36 W 948 Walnut Ridge
Saint Charles, IL 60174

**Martin County Tax Assessor**
Ruth Pietruszewski
3485 SE Willoughby Blvd.
Stuart, FL 34994

**Matthew & Celina Wollak**
838 Stuarts Drive
Saint Charles, IL 60174

**McCalla Raymer LLC**
1544 Old Alabama Rd
Roswell, Georgia 30076

**Mercedes-Benz Credit Corporation**
c/o Shermeta, Adams & Von Allmen,
P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

**Mercedes-Benz Financial**
PO Box 9001680
Louisville, KY 40290-1680

**Mileage Plus United**
Cardmemeber Service
PO Box 15153
Wilmington, DE 19886-5153

**Nordstrom**
PO Box 79137
Phoenix, AZ 85062-9137

**Ocean East Club Resort**
867 S. Atlantic Ave.
Ormond Beach, FL 32176-7816

**Palm Cove Golf & Yacht Club**
c/o Gulfstream Business Bank
PO Box 3267
Stuart, FL 34995-3267

**Palm Cove Marina**
c/o City National Bank
PO Box 19313
Miami, FL 33101-9313

**SFG Commercial Leasing Inc.**
600 First Source Bank Center
100 North Michigan
South Bend, IN 46601

**Stephen W. Bancroft**
36 W 827 Whispering Trail
St. Charles, IL 60175

**Stuart's Crossing Condo Assn**
c/o Mc Property Management Corp.
14224 McCarthy Road
Lemont, IL 60439

**The Private Bank**
120 S. LaSalle St.
Chicago, IL 60603

**The Private Bank**
24 S. Second St.
Saint Charles, IL 60174

**The Private Bank & Trust Co.**
70 West Madison St., Suite 200
Attn: Loan Operations
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHERYL A. BANCROFT, | ) | Case No. 11-01372 |
| | ) | Judge Susan P. Sonderby |
| Debtor/Debtor-in-Possession. | ) | |

## **MOTION FOR ENTRY OF FINAL DECREE**

CHERYL A. BANCROFT, Debtor herein, by and through her Attorneys, makes

her Motion for Entry of Final Decree; and in support thereof, state as follows:

1.      On January 14, 2011, the Debtor filed her voluntary petition for relief

under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      On February 27, 2012, this Court entered an Order confirming the Plan of

Reorganization ("Plan") filed by the Debtor.

3.      The Plan has been substantially consummated within the meaning of

Section 1101(2) of the Bankruptcy Code.  All approved administrative professional fees

due and owing the various professionals have been allowed.  In addition, distributions

to the holders of allowed claims have commenced.

4.      The Debtor requests the entry of a Final Decree pursuant to Rule 3022 of

the Rules of Bankruptcy Procedure.

WHEREFORE, CHERYL A. BANCROFT, Debtor herein, requests the entry of a

Final Decree closing this Chapter 11 case and granting such other relief as may be just

and appropriate.

Respectfully submitted,

CHERYL A. BANCROFT, Debtor herein

By:  /s/David K. Welch
One of Its Attorneys

**DEBTOR'S COUNSEL**:
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
ARTHUR G. SIMON, ESQ. (Atty. No. 03124481)
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\GRACE\Bancroft\Final Decree.MOT.wpd